THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. |
| $59,646.88 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO ACCOUNT X-4523, AND $56,302.22 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO ACCOUNT X-3123, | * |
| Defendants. | * |

**COMPLAINT FOR FORFEITURE**

COMES NOW Plaintiff, the United States of America, and shows the Court the following in support of this Complaint for Forfeiture:

1.

The Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1345 and 1355.

2.

Venue is proper in this Court pursuant to 28 U.S.C. § 1395.

3.

On July 15, 2011, the United States Internal Revenue Service ("IRS") seized a total of $115,949.10 in United States currency from two accounts held by Mogos & Son, LLC at Wells Fargo Bank, including $59,646.88 in United States currency from Wells Fargo

Account X-4523, and $56,302.22 in United States currency from Wells Fargo Account X-3123 (collectively, the "Defendant Currency"), pursuant to seizure warrants issued on July 14, 2011, by the Honorable Magistrate Judge Linda T. Walker of the Northern District of Georgia.

4.

The Wells Fargo accounts were within the jurisdiction and venue of this Court, and the Defendant Currency remains within the Northern District of Georgia.

5.

31 U.S.C. § 5313 (a) and its related regulations require domestic financial institutions to file a currency transaction report (CTR) for each cash transaction that occurs at that institution in an amount greater than $10,000.00. The term "cash transaction" encompasses payment, receipt, or transfer of United States coins or currency, through a deposit, withdrawal, exchange, or other payment or transfer by, through, or to a financial institution. CTRs, among other things, identify the individual conducting the transaction and the individual or organization on whose behalf the transaction was completed. These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that the transactions are by, or on behalf of, the same person or entity, and the transactions result in currency either received or

disbursed by the financial institution in an amount greater than $10,000.00 during any one business day.

6.

After financial institutions complete CTRs, they are filed with the Financial Crimes Enforcement Network ("FinCEN"), where they are often used by law enforcement to uncover a wide variety of illegal activities.

7.

Many individuals are aware that banks are required to file CTRs on transactions involving more than $10,000.00 in cash and they take active steps to prevent the financial institutions from filing CTRs. Structuring for the purpose of evading the CTR reporting requirements of 31 U.S.C. § 5313 is prohibited under 31 U.S.C. § 5324.

8.

Pursuant to 31 U.S.C. § 5324, it is a crime for an individual to "(1) cause or attempt to cause a domestic financial institution to fail to file a report required under section 5313(a) . . . ; (2) cause or attempt to cause a domestic financial institution to file a report required under section 5313(a) . . . that contains a material omission or misstatement of fact . . . ; or (3) structure or assist in structuring, any transaction with one or more domestic financial institutions" for the purpose of evading the reporting requirements of 31 U.S.C. § 5313(a).

9.

Any property involved in or traceable to a violation of 31 U.S.C. § 5324 is subject to forfeiture under 31 U.S.C. § 5317(c).

10.

Wells Fargo Account X-4523 was held in the name of Mogos & Son, LLC ("Mogos").

11.

Wells Fargo Account X-3123 was also held in the name of Mogos.

12.

According to the Georgia Secretary of State, Mogos is a for-profit corporation that was created on June 28, 2005.

13.

Tesfay Mogos Ogbu ("Ogbu") organized Mogos and is listed as the company's registered agent.

14.

Mogos operates a convenience food market located at 2210 Godby Road in College Park, Georgia.

15.

In May 2011, IRS Task Force Officer Arnold Kenny ("Officer Kenny") went to the property located at 2210 Godby Road in College Park, Georgia. Officer Kenny observed a Chevron gas station with an adjacent retail complex at the 2210 Godby Road address.

16.

According to the Georgia Secretary of State, Mogos' principal address is 3898 Sable Drive in Stone Mountain, Georgia, 30083.

17.

The property located at 3898 Sable Drive in Stone Mountain is a residential home that is owned by Ogbu and Letengus P. Woldeslassie.

18.

Ogbu is the only signatory listed on Wells Fargo Account X-4523 and Account X-3123.

19.

During the period July 1, 2010 through March 24, 2011, approximately ninety-six (96) cash deposits totaling $887,291.00 were made into Wells Fargo accounts X-4523 and X-3123.

20.

All of the individual cash deposits made into Wells Fargo accounts X-4523 and X-3123 during the period July 1, 2010 through March 24, 2011, were for amounts under $10,000.00.

21.

The following chart details the cash deposits that were made into Wells Fargo accounts X-4523 and X-3123 during the period July 1, 2010 through March 24, 2011. The highlighted transactions show deposits that posted on the same day or on consecutive days, where in aggregate, the amount of cash deposited was in excess of $10,000.00.

| # | DAY | DATE | ACCOUNT X-4523 | ACCOUNT X-3123 | DAILY TOTAL |
|---|---|---|---|---|---|
| 1 | Th | 7/01/10 | 7,202.00 | | 7,202.00 |
| 2 | Sat | 7/03/10 | 9,900.00 | | 9,900.00 |
| 3-4 | Tu | 7/06/10 | 9,200.00 | | 18,900.00 |
| | | | 9,700.00 | | |
| 5 | F | 7/09/10 | 7,440.00 | | 7,440.00 |
| 6 | M | 7/12/10 | 8,697.00 | | 8,697.00 |
| 7 | F | 7/16/10 | 7,507.00 | | 7,507.00 |
| 8 | Tu | 7/20/10 | 9,605.00 | | 9,605.00 |
| 9 | F | 7/23/10 | 7,763.00 | | 7,763.00 |
| 10 | M | 7/26/10 | 8,360.00 | | 8,360.00 |
| 11 | Th | 7/29/10 | 8,199.00 | | 8,199.00 |
| 12 | M | 8/02/10 | 9,476.00 | | 9,476.00 |
| 13 | Tu | 8/03/10 | 9,902.00 | | 9,902.00 |
| 14 | W | 8/04/10 | 8,525.00 | | 8,525.00 |
| 15 | M | 8/09/10 | 9,800.00 | | 9,800.00 |
| 16 | Th | 8/12/10 | 9,602.00 | | 9,602.00 |
| 17 | M | 8/16/10 | 9,170.00 | | 9,170.00 |
| 18 | W | 8/18/10 | 9,009.00 | | 9,009.00 |
| 19 | M | 8/23/10 | 9,807.00 | | 9,807.00 |
| 20-21 | Th | 8/26/10 | 9,735.00 | 9,500.00 | 19,235.00 |
| 22 | M | 8/30/10 | 8,806.00 | | 8,806.00 |
| 23 | Th | 9/02/10 | 9,570.00 | | 9,570.00 |
| 24-25 | Tu | 9/07/10 | 9,900.00 | | 19,532.00 |
| | | | 9,632.00 | | |
| 26 | F | 9/10/10 | 8,820.00 | | 8,820.00 |
| 27 | Tu | 9/14/10 | 7,416.00 | | 7,416.00 |
| 28 | Th | 9/16/10 | 9,200.00 | | 9,200.00 |
| 29 | Tu | 9/21/10 | 9,778.00 | | 9,778.00 |
| 30 | W | 9/22/10 | 9,904.00 | | 9,904.00 |
| 31 | Th | 9/23/10 | | 9,990.00 | 9,990.00 |

| #     | DAY | DATE     | ACCOUNT X-4523 | ACCOUNT X-3123 | DAILY TOTAL |
|-------|-----|----------|----------------|----------------|-------------|
| 32    | M   | 9/27/10  | 9,754.00       |                | 9,754.00    |
| 33-34 | T   | 9/28/10  | 8,350.00       | 9,909.00       | 18,259.00   |
| 35-36 | M   | 10/04/10 | 8,750.00       |                | 18,000.00   |
|       |     |          | 9,250.00       |                |             |
| 37    | Tu  | 10/05/10 | 9,120.00       |                | 9,120.00    |
| 38    | F   | 10/08/10 | 9,730.00       |                | 9,730.00    |
| 39    | Tu  | 10/12/10 | 9,500.00       |                | 9,500.00    |
| 40    | F   | 10/15/10 | 9,850.00       |                | 9,850.00    |
| 41    | M   | 10/18/10 | 9,650.00       |                | 9,650.00    |
| 42    | Th  | 10/21/10 | 9,901.00       |                | 9,901.00    |
| 43    | M   | 10/25/10 | 9,850.00       |                | 9,850.00    |
| 44    | Th  | 10/28/10 | 9,447.00       |                | 9,447.00    |
| 45    | M   | 11/01/10 | 9,000.00       |                | 9,000.00    |
| 46-47 | W   | 11/03/10 | 9,865.00       | 9,218.00       | 19,083.00   |
| 48    | T   | 11/04/10 | 9,352.00       |                | 9,352.00    |
| 49    | M   | 11/08/10 | 9,850.00       |                | 9,850.00    |
| 50-51 | F   | 11/12/10 | 9,450.00       | 9,540.00       | 18,990.00   |
| 52    | M   | 11/15/10 |                | 9,321.00       | 9,321.00    |
| 53    | Tu  | 11/16/10 | 9,450.00       |                | 9,450.00    |
| 54    | W   | 11/17/10 |                | 7,020.00       | 7,020.00    |
| 55    | Th  | 11/18/10 | 9,100.00       |                | 9,100.00    |
| 56    | F   | 11/19/10 |                | 8,022.00       | 8,022.00    |
| 57    | M   | 11/22/10 | 9,893.00       |                | 9,893.00    |
| 58    | F   | 11/26/10 | 9,766.00       |                | 9,766.00    |
| 59-60 | M   | 11/29/10 | 9,950.00       | 6,031.00       | 15,981.00   |
| 61    | Th  | 12/02/10 | 7,955.00       |                | 7,955.00    |
| 62    | M   | 12/06/10 | 9,800.00       |                | 9,800.00    |
| 63    | Th  | 12/09/10 | 9,950.00       |                | 9,950.00    |
| 64    | M   | 12/13/10 | 9,964.00       |                | 9,964.00    |

| #     | DAY | DATE     | ACCOUNT X-4523 | ACCOUNT X-3123 | DAILY TOTAL |
|-------|-----|----------|----------------|----------------|-------------|
| 65-66 | M   | 12/20/10 | 6,206.00       |                | 16,166.00   |
|       |     |          | 9,960.00       |                |             |
| 67    | Th  | 12/23/10 | 7,200.00       |                | 7,200.00    |
| 68    | F   | 12/31/10 |                | 9,901.00       | 9,901.00    |
| 69    | M   | 1/03/11  | 9,780.00       |                | 9,780.00    |
| 70    | Tu  | 1/04/11  | 8,045.00       |                | 8,045.00    |
| 71    | Th  | 1/06/11  | 9,839.00       |                | 9,839.00    |
| 72    | Th  | 1/13/11  | 9,281.00       |                | 9,281.00    |
| 73    | F   | 1/14/11  | 9,975.00       |                | 9,975.00    |
| 74    | Tu  | 1/18/11  | 9,902.00       |                | 9,902.00    |
| 75    | M   | 1/24/11  | 9,855.00       |                | 9,855.00    |
| 76    | Th  | 1/27/11  | 9,370.00       |                | 9,370.00    |
| 77    | M   | 1/31/11  | 9,600.00       |                | 9,600.00    |
| 78-79 | Tu  | 2/01/11  | 9,410.00       | 9,850.00       | 19,260.00   |
| 80-81 | M   | 2/07/11  | 9,600.00       |                | 19,300.00   |
|       |     |          | 9,700.00       |                |             |
| 82    | M   | 2/14/11  | 9,900.00       |                | 9,900.00    |
| 83    | F   | 2/18/11  | 8,000.00       |                | 8,000.00    |
| 84    | Tu  | 2/22/11  | 9,900.00       |                | 9,900.00    |
| 85    | Th  | 2/24/11  | 9,800.00       |                | 9,800.00    |
| 86    | M   | 2/28/11  | 9,700.00       |                | 9,700.00    |
| 87    | W   | 3/02/11  | 9,966.00       |                | 9,966.00    |
| 88    | Th  | 3/03/11  | 9,740.00       |                | 9,740.00    |
| 89    | M   | 3/07/11  | 9,900.00       |                | 9,900.00    |
| 90    | Tu  | 3/08/11  | 8,830.00       |                | 8,830.00    |
| 91    | Th  | 3/10/11  | 9,600.00       |                | 9,600.00    |
| 92-93 | M   | 3/14/11  | 9,700.00       |                | 19,548.00   |
|       |     |          | 9,848.00       |                |             |
| 94    | W   | 3/16/11  | 9,997.00       |                | 9,997.00    |

| # | DAY | DATE | ACCOUNT X-4523 | ACCOUNT X-3123 | DAILY TOTAL |
|---|---|---|---|---|---|
| 95 | M | 3/21/11 | 9,700.00 | | 9,700.00 |
| 96 | Th | 3/24/11 | 8,563.00 | | 8,563.00 |
| Total | | | 788,989.00 | 98,302.00 | 887,291.00 |

22.

As the chart above demonstrates, no single cash deposit made into Wells Fargo account X-4523 or X-3123 during the period July 1, 2010 through March 24, 2011, was for an amount exceeding $10,000.00.

23.

The activity detailed above shows that on at least twelve occasions, multiple cash deposits in amounts less than $10,000.00 were made on the same day, but in aggregate the amount of cash deposited was in excess of $10,000.00.

24.

The activity detailed above shows that on at least eight occasions, multiple cash deposits in amounts less than $10,000.00 were made on consecutive days, but in aggregate the amount of cash deposited was in excess of $10,000.00.

25.

The activity detailed above shows that 73 of the 96 cash deposits made into Wells Fargo accounts X-4523 and X-3123 during the period July 1, 2010 through March 24, 2011, were made in amounts between $9,000.00 and $9,999.00, and at least 17 of the cash deposits were for amounts between $9,900.00 and $9,999.00.

26.

The following chart details the frequency of cash deposits made in specific monetary ranges:

| Cash Deposit Range Amount | Cash Deposits To Account X-4523 | Cash Deposits To Account X-3123 |
|---|---|---|
| >10,000.00 | 0 | 0 |
| $9,000.00 - $9,999.00 | 65 | 8 |
| $8,000.00 - $8,999.00 | 12 | 1 |
| $7,000.00 - $7,999.00 | 7 | 1 |
| <6,999.00 | 0 | 0 |

27.

During the period July 1, 2010 through March 24, 2011, Wells Fargo filed 37 "back room" CTRs with FinCEN regarding Mogos' banking activities. "Back room" filing of CTRs occurs after the bank's computer system recognizes that two or more cash deposits were made into the same or related bank accounts in one day which totals more than $10,000.00.

28.

The last CTR filed by Wells Fargo for a cash transaction conducted by the customer present in the bank was prepared on February 10, 2009, and Letengus Woldeslassie was listed as the individual conducting the cash transaction on Mogos' behalf.

29.

Cash deposits totaling $887,291.00 were structured into Mogos' accounts at Wells Fargo, into increments of less than $10,000.01,

10

in order to avoid the reporting requirements of 31 U.S.C. § 5313, and 31 C.F.R. 103 of the Bank Secrecy Act, in violation of 31 U.S.C. § 5324.

30.

Any and all funds seized from Wells Fargo accounts X-4523 and X-3123, including the Defendant Currency, are forfeitable pursuant to 31 U.S.C. § 5317(c) for violation of 31 U.S.C. § 5324, or any conspiracy to commit any such violation.

WHEREFORE, the United States prays:

(1) That the Court forfeit the Defendant Currency to the United States of America;

(2) That the Court award the Plaintiff the costs of this action; and

(3) That the Court grant such other relief as the Court deems just and proper.

Respectfully submitted this 26TH day of October, 2011.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ Mary F. Kruger
MARY F. KRUGER
ASSISTANT UNITED STATES ATTORNEY
Ga Bar No.: 244607
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6168
Fax: (404) 581-6234
Mary.Kruger@usdoj.gov

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *    CIVIL ACTION NO. |
| $59,646.88 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO ACCOUNT X-4523, AND $56,302.22 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO ACCOUNT X-3123, | * |
| Defendants. | * |

VERIFICATION OF COMPLAINT FOR FORFEITURE

I, Special Agent Jacqueline Reynolds, have read the Complaint for Forfeiture in this action and state that its contents are true and correct to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 25th day of October, 2011.

JACQUELINE REYNOLDS
SPECIAL AGENT
INTERNAL REVENUE SERVICE

13