

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 2 9 2011

JAMES N. HATTEN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:11-CV-3675-TWT |
| | : | |
| $59,646.88 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM WELLS | : | |
| FARGO ACCOUNT x-4523, AND | : | |
| $56,302.22 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM WELLS | : | |
| FARGO ACCOUNT x-3121, | : | |
| | : | |
| Defendants. | : | |

## CLAIM OF MOGOS AND SON LLC

Comes now Tesfay Mogos Ogbu and states, under penalty of perjury, that

the following is true and correct to the best of my knowledge and belief.

1.

I am majority owner and the principle officer and Register Agent and

Organizer of Mogos and Son LLC.  I have signature power on its bank accounts at

Wells Fargo Bank, particularly account number 2000021904523 and account

number 2000028653123.

-1-

2.

I hereby claim, on behalf of Mogos and Son LLC., any and all funds,

including, but not limited to, the $115,949.10 seized from the above Wells Fargo

Bank accounts by the Internal Revenue Service, which funds are presently being

held by the government.  These seized funds belong to and are the property of

Mogos and Son LLC.

3.

I hereby claim on behalf of Mogos & Son, LLC and demand the immediate

return of the $115,949.10 seized by the Internal Revenue Service from Mogos and

Son LLC's accounts at Wells Fargo Bank.

_____
Tesfay Mogos Obgu

Sworn to and subscribed
before me this _28th_
day of _December_ , 2011.

_____
NOTARY PUBLIC

ANDREA KEESEE
NOTARY PUBLIC
HENRY COUNTY, GEORGIA
MY COMMISSION EXPIRES
AUGUST 24, 2014

-2-

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing pleading by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon addressed to:

Mary Frances Blazek Kruger, Esq.
Assistant Unit4d States Attorney
United States Department of Justice
75 Spring Street, Suite 600
Atlanta, Georgia 30303

Mike Brown, Esq.
Assistant United States Attorney
United States Department of Justice
75 Spring Street, Suite 600
Atlanta, Georgia 30303

This _28_ day of _Vaunber_, 2011.

JEROME J. FROELICH, JR.
Georgia State Bar No. 278150

McKenney & Froelich
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111

-3-